UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| CARRIE ADAMS | CIVIL ACTION NO. 5:22-4355 |
| VERSUS | JUDGE S MAURICE HICKS, JR. |
| TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, ET AL. | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein [doc. # 19], after an independent review of the record, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under applicable law;

**IT IS ORDERED, ADJUDGED, AND DECREED** that Carrie Adams's voluntary motion to dismiss without prejudice [doc. 18] is **GRANTED** and that this matter is **DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 21st day of August 2023.

_____
S. MAURICE HICKS, JR., JUDGE
UNITED STATES DISTRICT COURT